1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, a foreign surety,

                      Plaintiff,

    v.

QUILCEDA EXCAVATION, INC., a
Washington profit corporation, DAN SIMPSON
JR. and MELISSA ANN SIMPSON,

                    Defendants.

NO. 2:25-cv-00703

ORDER GRANTING PLAINTIFF'S
MOTION TO CONTINUE INITIAL
SCHEDULING DATES

This matter came before the Court on the Motion of Plaintiff's Travelers Casualty and Surety Company of America ("Travelers") for continuance of the Initial Scheduling Dates ordered by the Court on July 23, 2025.

Having considered the Motion to Continue Initial Scheduling Dates ("Motion to Continue"), the Declaration of Meredith E. Dishaw, with exhibits, the records and files herein, and being otherwise fully advised, the Court finds:

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Travelers' Motion to Continue is GRANTED. The Court will continue the Initial Scheduling Dates for at least sixty (60) days. The Initial Scheduling Dates shall be continued as follows:

ORDER GRANTING PLAINTIFFS' MOTION To CONTINUE
INITIAL SCHEDULING DATES – **Page 1**

**FRIEDRICH & DISHAW, PLLC**
92 Lenora Street, #119
Seattle, WA 98121
206.360.7655

1        (1) Deadline for the FRCP 26(f) Conference shall be continued to no earlier than October

2    20, 2025;

3        (2) Deadline for Initial Disclosures shall be continued to October 27, 2025; and

4        (3) Deadline for the Joint Status Report shall be continued to November 3, 2025.

5        IT IS SO ORDERED.

6        DATED this __20th__ day of August, 2025

7

8

9                    Judge Ricardo S. Martinez

10

11   **PRESENTED BY:**

12

13   FRIEDRICH & DISHAW, PLLC

14

15   /s/Meredith E. Dishaw

16   Meredith E. Dishaw, WSBA #43206
     FRIEDRICH & DISHAW PLLC

17   92 Lenora Street, #119
     Seattle, WA 98121

18   Telephone: (206) 360-7655
     meredithd@fdlawpllc.com

19

20   *Attorneys for Travelers Casualty and*
     *Company of America*

21

22

23

24

25

ORDER GRANTING PLAINTIFFS' MOTION To CONTINUE
INITIAL SCHEDULING DATES – **Page 2**