UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a foreign surety,<br><br>Plaintiff,<br><br>v.<br><br>QUILCEDA EXCAVATION, INC., a Washington profit corporation, DAN SIMPSON JR. and MELISSA ANN SIMPSON,<br><br>Defendants. | NO. 2:25-cv-00703<br><br>ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANTS QUILCEDA EXCAVATION INC. AND MELISSA ANN SIMPSON |

This matter came before the Clerk of the Court on Plaintiff Travelers Casualty and Surety Company of America ("Travelers") Motion for Entry of Default Judgment against Defendants Quilceda Excavation Inc. ("Quilceda") and Ms. Melissa Ann Simpson. The Court considered the motion and relevant record and finds that:

1. The Clerk entered an Order of Default against Defendants on July 9, 2025.

2. Defendants above have failed to appear or otherwise defend in this action.

Accordingly, Plaintiff's Motion for Entry of Default Judgment Against Defendants is GRANTED in its entirety. The Court ORDERS as follows:

ORDER GRANTING DEFAULT JUDGMENT AGAINST
DEFENDANTS QUILCEDA EXCAVATION INC. AND MELISSA
ANN SIMPSON– **Page 1**

## SUMMARY OF JUDGMENT

| | | |
|---|---|---|
| 1. | Judgment Creditor: | Travelers Casualty and Surety Company of America |
| 2. | Judgment Debtors: | Quilceda Excavation Inc.<br>Melissa Ann Simpson. |
| 3. | Principal Judgment Amount: | $118,227.98 |
| 4. | Interest to Date of Judgment: | $ |
| 5. | Attorney's Fees: | Reserved |
| 6. | Costs: | Reserved |
| 7. | Total Judgment Amount: | $118,227.98 |
| 8. | Post Judgment Interest: | Judgment shall bear interest at the rate of 12% per annum |
| 9. | Attorney's Fees Interest: | Attorney's Fees, Costs, and other Recoverable Amounts shall bear interest at the rate of 12% per annum |
| 10. | Attorney for Judgment Creditor: | Meredith E. Dishaw<br>92 Lenora Street<br>Suite 119<br>Seattle, WA, 98121<br>meredithd@fdlawpllc.com |

///

///

///

///

///

ORDER GRANTING DEFAULT JUDGMENT AGAINST
DEFENDANTS QUILCEDA EXCAVATION INC. AND MELISSA
ANN SIMPSON– **Page 2**

IT IS FURTHER ORDERED that final judgment is entered against Defendants Quilceda Excavation Inc. and Melissa Ann Simpson, in the total amount of $118,227.98. Travelers is entitled to post-judgment interest at the highest legal rate and Plaintiff reserves the right to file a supplemental motion and declaration quantifying its attorney's fees, costs, and prejudgment interest following conclusion of this matter.

**IT IS SO ORDERED**,

Dated this 17th day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE