UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a foreign surety,<br><br>               Plaintiff,<br><br>   v.<br><br>QUILCEDA EXCAVATION, INC., a Washington profit corporation, DAN SIMPSON JR. and MELISSA ANN SIMPSON,<br><br>               Defendants. | NO. 2:25-cv-00703<br><br>ORDER AUTHORIZING ALTERNATIVE SERVICE BY MAIL |

## **ORDER**

This matter having come on regularly for hearing upon Plaintiff's Motion for Alternative Service and the Court having reviewed the Declaration of Meredith Dishaw and attached exhibits, and the records and files herein, and being otherwise fully advised, the Court finds that:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Travelers Casualty and Surety Company of America ("Travelers") shall be entitled to proceed with alternative service of its Complaint for Indemnity against Defendant Dan Simpson Jr., as specifically set forth in RCW 4.28.100 at the following address:

    (1)    15505 66th Ave NW, Stanwood, WA 98292

ORDER AUTHORIZING ALTERNATIVE SERVICE BY
MAIL – **Page 1**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Travelers request for an extension of the Initial Case Scheduling Deadlines is GRANTED. The Court will continue the Initial Scheduling Deadlines for at least four (4) months. The Initial Scheduling Deadlines shall be continued as follows:

(1)   Deadline for the FRCP 26(f) Conference shall be continued to no earlier than February 20, 2026;

(2)   Deadline for Initial Disclosures shall be continued to February 27, 2026; and

(3)   Deadline for the Joint Status Report shall be continued to March 6, 2026.

IT IS SO ORDERED.

DATED this 22nd day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE