UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, a foreign surety,

                        Plaintiff,

        v.

QUILCEDA EXCAVATION, INC., a
Washington profit corporation, DAN SIMPSON
JR. and MELISSA ANN SIMPSON,

                        Defendants.

NO. 2:25-cv-00703-RSM

ORDER GRANTING DEFAULT
JUDGMENT AGAINST DEFENDANT
DAN SIMPSON JR.

        This matter came before the Clerk of the Court on Plaintiff Travelers Casualty and Surety

Company of America ("Travelers") Motion for Entry of Default and Default Judgment against

Defendant Dan Simspn Jr. The Court considered the motion and relevant record and finds that:

        1.      Following the Court's Order Allowing Alternative Service on Mr. Simpson Jr.,

Travelers caused Mr. Simpson to be served by mail pursuant to Wash CR 4(d)(4) on October 31,

2025.

        2.      More than ninety (90) days have elapsed since Mr. Simpson Jr. and he has failed

to respond to the allegations in this lawsuit or to otherwise appear.

ORDER GRANTING DEFAULT JUDGMENT AGAINST
DEFENDANT DAN SIMPSON JR.– Page 1

Accordingly, Plaintiff's Motion for Entry of Default and Default Judgment Against Defendant Dan Simpson Jr. is GRANTED in its entirety. The Court ORDERS that the Clerk shall enter default against Defendant Dan Simspon Jr. pursuant to Federal Rule of Civil Procedure 55(a). The Court further ORDERS that Travelers is entitled to a Default Judgment against Defendant Dan Simpson Jr. as follows:

## SUMMARY OF JUDGMENT

| | | |
|---|---|---|
| 1. | Judgment Creditor: | Travelers Casualty and Surety Company of America |
| 2. | Judgment Debtors: | Dan Simpson Jr. |
| 3. | Principal Judgment Amount: | $120,102.10 |
| 4. | Interest to Date of Judgment: | Reserved |
| 5. | Attorney's Fees: | Reserved |
| 6. | Costs: | Reserved |
| 7. | Total Judgment Amount: | $120,102.10 |
| 8. | Post Judgment Interest: | Judgment shall bear interest at the rate of 12% per annum |
| 9. | Attorney's Fees Interest: | Attorney's Fees, Costs, and other Recoverable Amounts shall bear interest at the rate of 12% per annum |
| 10. | Attorney for Judgment Creditor: | Meredith E. Dishaw<br>92 Lenora Street<br>Suite 119<br>Seattle, WA, 98121<br>meredithd@fdlawpllc.com |

IT IS FURTHER ORDERED that final judgment is entered against Defendant Dan Simpson Jr., in the total amount of $120,102.10. Travelers is entitled to post-judgment interest at the highest legal rate and Plaintiff reserves the right to file a supplemental motion and

ORDER GRANTING DEFAULT JUDGMENT AGAINST
DEFENDANT DAN SIMPSON JR.– Page 2

declaration quantifying its attorney's fees, costs, and prejudgment interest following conclusion of this matter.

**IT IS SO ORDERED**,

Dated this 17th day of March, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFAULT JUDGMENT AGAINST
DEFENDANT DAN SIMPSON JR.– Page 3